OFFICE OF DISCIPLINARY COUNSEL *v.* HASTIE.

[Cite as Disciplinary Counsel *v.* Hastie (1987), 29 Ohio St. 3d 28.]

(D.D. No. 86-34—Decided March 18, 1987.)

*J. Warren Bettis,* disciplinary counsel, and *Karen B. Hull,* for relator. *Edward William Hastie II, pro se.*

*Per Curiam.* Upon a full review of this matter, this court finds that the respondent has violated DR 1-102(A)(3), (4), (5) and (6), 6-101(A)(3), 7-101(A)(2), and 7-102(A)(3) and (5). This court hereby orders that the respondent be permanently disbarred from the practice of law in the state of Ohio.

It is further ordered that the costs of these proceedings be taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.